UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
ANGELO RICHARDSON,                                 )
                                                                    )
        Plaintiff,                                       )
                                                                    )
        v.                                                  )   Civil Action No. 12-0475 (EGS)
                                                                    )
CASH MONEY RECORDS, INC.                        )
                                                                    )
        Defendant.                                   )
_____)

ORDER

       Defendant removed this action from the Superior Court of the District of Columbia and now moves to dismiss the complaint under Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6).  Plaintiff, who is proceeding *pro se*, is advised of the following.

       In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . .  should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 14 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b) .  Accordingly, it is

       ORDERED that plaintiff shall respond to defendant's motion to dismiss by **May 17, 2012**. If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and may summarily dismiss the complaint.

DATE: April 13, 2012           SIGNED:    EMMET G. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE